IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MUSTAPHA BOJANG, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:24-152 |
| | ) | Judge Nora Barry Fischer |
| PAMELA BONDI, Attorney General, et. al., | ) | Magistrate Judge Maureen P. Kelly |
| | ) | |
| Respondents. | ) | |

## MEMORANDUM ORDER

AND NOW, this 26th day of September, 2025, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Maureen P. Kelly on April 3, 2025, (Docket No. 35), recommending that Motion to Dismiss the Petition as Moot filed by Respondents, (Docket No. 32) be granted and that this case be dismissed because Petitioner Mustapha Bojang failed to respond to the Motion to Dismiss arguing that his § 2241 habeas petition challenging the length of his immigration custody was moot as he had been released from immigration custody and deported and removed from the United States on February 14, 2025, and the Magistrate Judge having directed that objections were due from non-ECF users by April 21, 2025, and no objections having been filed as of the date of this Memorandum Order, this matter having been recently reassigned to the undersigned for prompt disposition of the matter, and upon independent review of the record and de novo consideration of the Magistrate Judge's April 3, 2025 Report and Recommendation, (Docket No. 35), which is ADOPTED as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion to Dismiss the Petition as Moot (Docket No. 32) filed by Respondents is GRANTED;

IT IS FURTHER ORDERED that pursuant to Rule 25(d), the request by Respondents to substitute Pamela Bondi for former United States Attorney General Merrick Garland; Kristi Noem for former Secretary of Homeland Security Alejandro Mayorkas; and Moises Becerra as DHS field office director is GRANTED;

IT IS FURTHER ORDERED that the § 2241 Petition (Docket No. 9) is dismissed, with prejudice, as moot and no certificate of appealability shall issue, *see Goodloe v. Warden Lewisburg USP*, 2025 WL 342189, *1, n.1 (3d Cir. 2025) (citing *Reese v. Warden Phila. FDC*, 904 F.3d 244, 246 (3d Cir. 2018) ("a federal prisoner challenging the denial of a § 2241 petition […] need not obtain a certificate of appealability");

IT IS FURTHER ORDERED that an appropriate Judgment follows.

        *s/Nora Barry Fischer*
        Nora Barry Fischer
        Senior U.S. District Judge

cc/ecf: Magistrate Judge Maureen P. Kelly
cc:    Mustapha Bojang
       205154966
       Golden State Annex
       611 Frontage Road
       McFarland, CA 93250 (via first class mail)